IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-373 (JJF) |
| v. | ) ) | |
| LOWE'S HOME CENTERS, INC. | ) ) | |
| Defendant. | ) ) | |

**CORPORATE OWNERSHIP STATEMENT OF DEFENDANT
LOWE'S HOME CENTERS, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Lowe's Home Centers, Inc., ("Lowe's") hereby states that it is a wholly owned subsidiary of Lowe's Companies, Inc. and that Lowe's Companies, Inc. is a publicly held corporation.

Dated: July 13, 2005

/s/ David P. Primack
David Primack (DE 4449)
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 467-4200

Counsel for Defendant

WM\4415\1