IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ) ) ) Plaintiff, ) ) v. ) ) LOWE'S HOME CENTERS, INC. ) ) Defendant. ) ) | C.A. No. 05-373 (JJF) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Gregory W. Homer and Thomas J. Barton to represent Defendant Lowe's Home Centers, Inc. in the above-captioned matter.

Dated: July 13, 2005

/s/ David P. Primack
David P. Primack (DE 4449)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254
(302) 467-4200 tel.
(302) 467-4201 fax

Counsel for Defendant

## ORDER GRANTING MOTION FOR THE ADMISSION OF GREGORY W. HOMER AND THOMAS J. BARTON PRO HAC VICE

IT IS HEREBY ORDERED counsel's motion for admission of Gregory W. Homer and Thomas J. Barton *pro hac vice* is GRANTED.

Date: _____

_____
The Honorable Joseph J. Farnan, Jr.
United States District Judge

WM\4343\1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the Commonwealth of Pennsylvania and the District of Columbia, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon filing of this motion.

Dated: July 12, 2005

Gregory W. Homer, Esq.
Drinker Biddle & Reath LLP
1500 K Street, N.W., Suite 300
Washington, DC 20005-1209
Phone: (202) 842-8800
Fax:   (202) 842-846

WM\4343\1                             2

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon filing of this motion.

Dated: July 12, 2005

_____
Thomas J. Barton, Esq.
Drinker Biddle & Reath LLP
One Logan Square
Philadelphia, PA 19103
Phone: (215) 988-2834
Fax:    (215) 988-2757