IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-373 (JJF) |
| v. | ) ) | |
| LOWE'S HOME CENTERS, INC. | ) ) | |
| Defendant. | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of July, 2005, a copy of Defendant's Answer to the Complaint, Corporate Ownership Statement, and Motion for Admission Pro Hac Vice of Gregory W. Homer and Thomas J. Barton were served as indicated upon the following attorneys of record for the Plaintiff:

<u>Via United States Mail (first class, postage prepaid)</u>
Stephanie F. Marino
Trial Attorney
U.S. EEOC, Philadelphia District Office
21 South 5th Street, Suite 400'
Philadelphia, PA 19106

<u>Via Hand Delivery</u>
Rudolph Contreras
Chief, Civil Division
Assistant United States Attorney
1007 Orange Street, Suite 700
Post Office Box 2046
Wilmington, DE 19899-2046

/s/ David P. Primack
David P. Primack (DE 4449)
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801-1254

DC\534063\3