IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No.: 05-0373 (JJF) |
| LOWE'S HOME CENTERS, INC. | ) ) ) |
| Defendant. | ) ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of **JUDITH A. O'BOYLE** and **STEPHANIE MARINO** to represent Plaintiff EEOC in this matter.

Respectfully submitted,

UNITED STATES ATTORNEY
DISTRICT OF DELAWARE

COLM F. CONNOLLY
United States Attorney

RUDOLPH CONTRERAS
Assistant U.S. Attorney
Chief, Civil Division
The Nemours Building
1007 North Orange Street, Suite 700
Wilmington, Delaware 19899-2046
(302) 573-6277 ext. 154
Rudolph.Contreras@usdoj.gov

Dated: July 13, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____          _____
                                Honorable
                                United States District Court Judge
                                District of Delaware


### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Pennsylvania and New Jersey and pursuant to Local Rule 83.5 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: 6/30/05          Signed: *Judith A. O'Boyle*
                       Judith A. O'Boyle
                       Supervisory Trial Attorney
                       *Equal Employment Opportunity*
                       *Commission*
                       Philadelphia District Office
                       21 South Fifth Street, Suite 400
                       Philadelphia, PA 19106
                       (215) 440-2669
                       PA Bar ID No: 61588

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Pennsylvania, New Jersey and New York and pursuant to Local Rule 83.5 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: 6/20/05

Signed: *[signature]*
Stephanie Marino
Trial Attorney
*Equal Employment Opportunity Commission*
Philadelphia District Office
21 South Fifth Street, Suite 400
Philadelphia, PA 19106
(215) 440-2841
PA No. 77752

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of July 2005, I electronically filed the attached MOTION AND ORDER FOR ADMISSION PRO HAC VICE with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

DAVID PRIMACK
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801


                                           /s/ Rudolph Contreras
                                           RUDOLPH CONTRERAS
                                           Chief, Civil Division
                                           Assistant United States Attorney
                                           1007 Orange Street
                                           Suite 700
                                           Post Office Box 2046
                                           Wilmington, Delaware 19899-2046
                                           (302) 573-6277