IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>              v.<br><br>LOWE'S HOME CENTERS, INC.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No.: 05-0373 (JJF)<br>)<br>)<br>)<br>) |

ORDER

UPON CONSIDERATION of the United States' motion to allow EEOC Attorneys, Judith A. O'Boyle and Stephanie Marino, to appear without local counsel, the reasons stated therein, the lack of any opposition thereto, and the entire record herein, it is the 28 day of July, 2005 hereby

ORDERED that the United States' motion should be and it hereby is, granted; and it is,

FURTHER ORDERED that, for this matter only, Local Rule 83.5(d) is waived, and EEOC Attorneys, Judith A. O'Boyle and Stephanie Marino, are not required to associate with local counsel nor is the United States Attorney's Office required to sign pleadings nor attend proceedings with them; and it is,

FURTHER ORDERED that the Clerk's Office provide EEOC Attorneys, Judith A. O'Boyle and Stephanie Marino, with an Electronic Filing Log-In and Password so that they may file pleadings in this Court without the participation of the United States Attorney's Office.

_____
UNITED STATES DISTRICT JUDGE