**DrinkerBiddle&Reath**
LLP

David P. Primack
302-467-4221
david.primack@dbr.com

Law Offices

1100 North Market Street
Suite 1000
Wilmington, DE
19801-1254

302-467-4200
302-467-4201 fax
www.drinkerbiddle.com

PHILADELPHIA
NEW YORK
WASHINGTON
LOS ANGELES
SAN FRANCISCO
CHICAGO
PRINCETON
FLORHAM PARK
BERWYN

November 18, 2005

**Via Hand Delivery**

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the
District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

RE:   EEOC v. Lowe's Home Centers, Inc.
      Civil Action No. 05-373 JJF

Dear Judge Farnan:

Enclosed please find a proposed Scheduling Order in accordance with your letter dated November 7, 2005 (D.I. 10). This proposed Scheduling Order has been agreed to by the parties.

If the Court has any questions, I am available at your convenience.

Respectfully yours,

David P. Primack

DPP
Enclosure

cc:   Clerk of the Court (via Hand Delivery) (w/enclosure)
      Stephanie Marino (via electronic transmission) (w/enclosure)

*Established*
1849

WM\5098\1