IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, INC.<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.: 05-0373 (JJF)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION TO AMEND CASE SCHEDULING ORDER

It is hereby stipulated and agreed by and between the undersigned counsel that the Case Dispositive Motion deadline as set forth in paragraph 7 of the Rule 16 Scheduling Order is amended to read "**October 31, 2006**" instead of "October 31, 2005".

 

Respectfully submitted,

_/s/ Stephanie Marino_  
STEPHANIE MARINO

_EQUAL EMPLOYMENT_  
_OPPORTUNITY COMMISSION_  
Philadelphia District Office  
The Bourse Building  
21 South 5th Street, Suite 400  
Philadelphia, PA 19106

Attorney for Plaintiff, EEOC

DATED: 11/29/05

_/s/_  
DAVID P. PRIMACK (DE 4449)  
THOMAS J. BARTON

_DRINKER, BIDDLE & REATH, LLP_  
1100 North Market Street  
Suite 1000  
Wilmington, DE 19801-1254

Attorneys for Defendant, Lowe's Home Centers, Inc.

DATED: 11/29/05

IT IS SO ORDERED:

DATED: _____

_____  
                               U.S.D.J.