**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Philadelphia District Office**

21 South 5th Street, Suite 400
Philadelphia, PA 19106-2515
(215) 440-2600
TTY (215) 440-2610
FAX (215) 440-2632, 2848 & 2604

Stephanie Marino
Trial Attorney
stephanie.marino@eeoc.gov

Direct Dial: (215) 440-2841
Facsimile: (215) 440-2848

November 30, 2005

The Honorable Joseph J. Farnan, Jr.
United States District Court for
  the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

> RE: EEOC v. Lowe's Home Centers, Inc.
>     Civil Action No. 05-373 (JJF)

Dear Judge Farnan:

Enclosed herewith please find a courtesy copy of the parties' Stipulation to Amend the Case Scheduling Order so that the Dispositive Motion deadline set forth in paragraph 7 reads "October 31, 2006" instead of "October 31, 2005". The original document was filed electronically with the Court on this date but requires your Honor's signature for approval.

If the Court has any questions, either myself or counsel for Defendant are available at your convenience.

Respectfully submitted,

*Stephanie Marino*
STEPHANIE MARINO

Enclosure

cc: Clerk of the Court (via electronic filing)
    David Primack (via electronic transmission)
    Thomas J. Barton (via electronic transmission)