**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **LOWE'S HOME CENTERS, INC.** ) <br> ) <br> Defendant. ) <br> _____) | CIVIL ACTION NO.: 05-0373 (JJF) |

**NOTICE OF SERVICE**

I, Stephanie Marino, Trial Attorney for the United States Equal Employment Opportunity Commission, hereby certify that on **November 30, 2005**, I deposited copies of the following document:

**INITIAL DISCLOSURES OF PLAINTIFF, EEOC**

into the United States Mail, First Class, postage prepaid, causing said document to be delivered to counsel at the following address:

Thomas E. Barton, Esquire
Drinker, Biddle & Reath, LLP
One Logan Square
Philadelphia, PA  19103

                                              Respectfully submitted,

                                              JUDITH A. O'BOYLE
                                              Acting Regional Attorney

                              BY:    /s/  Stephanie Marino_____
                                              STEPHANIE MARINO
                                              Trial Attorney
                                              U.S. EEOC
                                              21 South Fifth Street, Suite 400
                                              Philadelphia, PA 19106
                                              Telephone:  (215) 440-2841
                                              Facsimile:   (215) 440-2848
                                              Stephanie.marino@eeoc.gov