IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-373 |
| v. | ) ) | |
| LOWE'S HOME CENTERS, INC. | ) ) | |
| Defendant. | ) ) | |

**NOTICE OF SERVICE**

I hereby certify that on this 1st day of December, 2005, a copy of Defendant's Initial Disclosures in the above-captioned action were served by first-class mail (postage prepaid) upon the following attorneys of record for the Plaintiff:

    Stephanie F. Marino
    Trial Attorney
    U.S. EEOC, Philadelphia District Office
    21 South 5th Street, Suite 400
    Philadelphia, PA 19106

    Rudolph Contreras
    Chief, Civil Division
    Assistant United States Attorney
    1007 Orange Street, Suite 700
    Post Office Box 2046
    Wilmington, DE 19899-2046

       /s/ David P. Primack
    David P. Primack (DE 4449)
    Drinker Biddle & Reath LLP
    1100 North Market Street, Suite 1000
    Wilmington, DE 19801-1254
    Phone: (302) 467-4224
    Fax:    (302) 467-4201