**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 05-0373 (JJF) |
| ) | |
| **LOWE'S HOME CENTERS, INC.** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

**NOTICE OF SERVICE**

I, Stephanie Marino, Trial Attorney for the United States Equal Employment Opportunity Commission, hereby certify that on **January 10, 2006**, I deposited copies of the following document:

**Plaintiff EEOC's First Set of Interrogatories and First Request for Production of Documents directed to Defendant Lowe's Home Centers, Inc.**

into the United States Mail, First Class, postage prepaid, causing said document to be delivered to counsel at the following address:

Thomas E. Barton, Esquire
Drinker, Biddle & Reath, LLP
One Logan Square
Philadelphia, PA  19103

        Respectfully submitted,

        JUDITH A. O'BOYLE
        Acting Regional Attorney

BY:   /s/ Stephanie Marino
        STEPHANIE MARINO
        Trial Attorney
        U.S. EEOC
        21 South Fifth Street, Suite 400
        Philadelphia, PA 19106
        Telephone:  (215) 440-2841
        Facsimile:   (215) 440-2848
        Stephanie.marino@eeoc.gov