**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** )<br>)<br>) | |
| **Plaintiff,** ) | |
| ) | |
| v.    ) | CIVIL ACTION NO.: 05-0373 (JJF) |
| ) | |
| **LOWE'S HOME CENTERS, INC.** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

## NOTICE OF SERVICE

I, Stephanie Marino, Trial Attorney for the United States Equal Employment Opportunity Commission, hereby certify that on **January 10, 2006**, I deposited copies of the following document:

**Plaintiff EEOC's First Set of Interrogatories and First Request for Production of Documents directed to Defendant Lowe's Home Centers, Inc.**

into the United States Mail, First Class, postage prepaid, causing said document to be delivered to counsel at the following address:

Thomas E. Barton, Esquire
Drinker, Biddle & Reath, LLP
One Logan Square
Philadelphia, PA  19103

                                                  Respectfully submitted,

                                                  JUDITH A. O'BOYLE
                                                  Acting Regional Attorney

                                  BY:    /s/  Stephanie Marino_____
                                                  STEPHANIE MARINO
                                                  Trial Attorney
                                                  U.S. EEOC
                                                  21 South Fifth Street, Suite 400
                                                  Philadelphia, PA 19106
                                                  Telephone:  (215) 440-2841
                                                  Facsimile:   (215) 440-2848
                                                  Stephanie.marino@eeoc.gov