IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LOWE'S HOME CENTERS, INC. )<br>)<br>Defendant. )<br>) | C.A. No. 05-373 |

## NOTICE OF SERVICE

I hereby certify that on February 1, 2006, copies of Defendant Lowe's Home Centers, Inc.'s First Request for Production of Documents and First Set of Interrogatories Directed to Plaintiff Equal Employment Opportunity Commission in the above-captioned action were served via hand delivery upon the following attorney of record for the Plaintiff:

> Stephanie F. Marino
> Trial Attorney
> U.S. EEOC, Philadelphia District Office
> 21 South 5th Street, Suite 400
> Philadelphia, PA 19106

Dated: February 2, 2006

/s/ David P. Primack
David P. Primack (DE 4449)
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801-1254
Phone: (302) 467-4224
Fax:    (302) 467-4201

WM\5389\1