**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **LOWE'S HOME CENTERS, INC.** ) <br> ) <br> **Defendant.** ) <br> _____) | **CIVIL ACTION NO.: 05-0373 (JJF)** |

**NOTICE OF SERVICE**

I, Stephanie Marino, Trial Attorney for the United States Equal Employment Opportunity Commission, hereby certify that on **February 8, 2006**, I deposited copies of the following document:

**Plaintiff EEOC's Second Set of Interrogatories and Second Request for Production of Documents directed to Defendant Lowe's Home Centers, Inc.**

into the United States Mail, First Class, postage prepaid, causing said document to be delivered to counsel at the following address:

Thomas E. Barton, Esquire
Drinker, Biddle & Reath, LLP
One Logan Square
Philadelphia, PA  19103

                                                                           Respectfully submitted,

                                                                           JUDITH A. O'BOYLE
                                                                           Acting Regional Attorney

                                         BY:    /s/  Stephanie Marino_____
                                                                           STEPHANIE MARINO
                                                                           Trial Attorney
                                                                           U.S. EEOC
                                                                           21 South Fifth Street, Suite 400
                                                                           Philadelphia, PA 19106
                                                                           Telephone:  (215) 440-2841
                                                                           Facsimile:   (215) 440-2848
                                                                           Stephanie.marino@eeoc.gov