**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO.: 05-0373 (JJF)<br>) |
| LOWE'S HOME CENTERS, INC. | )<br>) |
| Defendant. | )<br>)<br>) |

## NOTICE OF SERVICE

I, Stephanie Marino, Trial Attorney for the United States Equal Employment Opportunity Commission, hereby certify that on **March 20, 2006**, I deposited copies of the following document:

**Plaintiff EEOC's Written Responses and Objections to Defendant Lowe's
Home Centers, Inc. First Set of Interrogatories**

into the United States Mail, First Class, postage prepaid, causing said document to be delivered to counsel at the following address:

Thomas E. Barton, Esquire
Drinker, Biddle & Reath, LLP
One Logan Square
Philadelphia, PA  19103

            Respectfully submitted,

            JACQUELINE H. McNAIR
            Regional Attorney

            JUDITH A. O'BOYLE
            Supervisory Trial Attorney

       BY: /s/ Stephanie Marino
           STEPHANIE MARINO
           Trial Attorney
           U.S. EEOC
           21 South Fifth Street, Suite 400
           Philadelphia, PA 19106
           T: (215)440-2841 / F: (215)440-2848
           stephanie.marino@eeoc.gov