**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) ) ) |
| **Plaintiff,** | ) ) |
| **v.** | ) **CIVIL ACTION NO.: 05-0373 (JJF)** ) |
| **LOWE'S HOME CENTERS, INC.** | ) ) |
| **Defendant.** | ) ) ) |

**NOTICE OF SERVICE**

I, Stephanie Marino, Trial Attorney for the United States Equal Employment Opportunity Commission, hereby certify that on **March 20, 2006**, I deposited copies of the following document:

**Plaintiff EEOC's Written Responses and Objections to Defendant Lowe's Home Centers, Inc. First Request for Production of Documents**

into the United States Mail, First Class, postage prepaid, causing said document to be delivered to counsel at the following address:

Thomas E. Barton, Esquire
Drinker, Biddle & Reath, LLP
One Logan Square
Philadelphia, PA 19103

Respectfully submitted,

JACQUELINE H. McNAIR
Regional Attorney

JUDITH A. O'BOYLE
Supervisory Trial Attorney

BY:     /s/ Stephanie Marino_____
STEPHANIE MARINO
Trial Attorney
U.S. EEOC
21 South Fifth Street, Suite 400
Philadelphia, PA 19106
T: (215)440-2841 / F: (215)440-2848
stephanie.marino@eeoc.gov