IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION )<br><br>    Plaintiff, )<br><br>    v. )<br><br>LOWE'S HOME CENTERS, INC. )<br><br>    Defendant. )  | C.A. No. 05-373 (JJF) |

## NOTICE OF SERVICE

I hereby certify that on March 17, 2006, a copy of Defendant Lowe's Home Centers, Inc.'s Responses and Objections to Plaintiff's First Set of Interrogatories and Privilege Log in the above-captioned action were served via hand delivery upon the following attorney of record for the Plaintiff:

    Stephanie F. Marino
    Trial Attorney
    U.S. EEOC, Philadelphia District Office
    21 South 5th Street, Suite 400
    Philadelphia, PA 19106

Dated: March 22, 2006

    /s/ David P. Primack
    David P. Primack (DE 4449)
    Drinker Biddle & Reath LLP
    1100 North Market Street, Suite 1000
    Wilmington, DE 19801-1254
    Phone: (302) 467-4224
    Fax: (302) 467-4201

WM\5560\1