UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION<br><br>      Plaintiff,<br><br>      v.<br><br>LOWE'S HOME CENTERS, INC.<br><br>      Defendant. | Civil Action No.<br>05-cv-373 |

To:    Stephanie Marino
          Trial Attorney
          Equal Employment Opportunity Commission
          Philadelphia District Office
          21 S. 5th Street, Suite 400
          Philadelphia, PA   19106

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, attorneys for Plaintiff will conduct the oral deposition of Linda Whitmore. The deposition will take place before a person duly authorized to administer oaths, at Drinker Biddle & Reath's office at 1100 N. Market Street, Suite 1000, Wilmington, DE 19801-1254, and will commence on **Friday, April 28, 2006,** at 10:00 a.m., continuing from day to day until

PHLIT\555894\1

completed, or at such other time and location as mutually agreed by counsel.

Dated: March 17, 2006                        By_____
                                             Thomas J. Barton
                                             Drinker Biddle & Reath LLP
                                             One Logan Square
                                             18th and Cherry Streets
                                             Philadelphia, PA 19103-6996
                                             Tel.: (215) 988-2700

PHLIT\555894\1                - 2 -

## CERTIFICATE OF SERVICE

I, Thomas J. Barton, hereby certify that on this date I served by hand delivery, the foregoing Notice of Deposition of Linda Whitmore on counsel at the following addresses:

>Stephanie Marino
>Trial Attorney
>Equal Employment Opportunity Commission
>Philadelphia District Office
>21 S. 5th Street, Suite 400
>Philadelphia, PA  19106

Dated: March 17, 2006

_____
Thomas J. Barton