UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, INC.<br><br>Defendant. | Civil Action No.<br>05-cv-373 |

To:   Stephanie Marino
      Trial Attorney
      Equal Employment Opportunity Commission
      Philadelphia District Office
      21 S. 5th Street, Suite 400
      Philadelphia, PA   19106

**REVISED NOTICE OF DEPOSITION (VIDEOTAPE)**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, attorneys for Plaintiff will conduct the videotape deposition of Linda Whitmore. The deposition will take place before a person duly authorized to administer oaths, at Drinker Biddle & Reath's office at 1100 N. Market Street, Suite 1000, Wilmington, DE 19801-1254, and will commence on **Friday, April 28, 2006,** at 10:00 a.m., continuing from day to day until

PHLIT\555894\2

completed, or at such other time and location as mutually agreed by counsel.

Dated: March 20, 2006                                   By_____
                                                        Thomas J. Barton
                                                        Drinker Biddle & Reath LLP
                                                        One Logan Square
                                                        18th and Cherry Streets
                                                        Philadelphia, PA  19103-6996
                                                        Tel.: (215) 988-2700

## CERTIFICATE OF SERVICE

I, Thomas J. Barton, hereby certify that on this date I served by ~~hand delivery~~ *first class mail*, the foregoing Notice of Deposition of Linda Whitmore on counsel at the following addresses:

Stephanie Marino
Trial Attorney
Equal Employment Opportunity Commission
Philadelphia District Office
21 S. 5th Street, Suite 400
Philadelphia, PA   19106

Dated:  March 20, 2006

_____
Thomas J. Barton

PHLIT\555894\2