**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT | ) | |
| OPPORTUNITY COMMISSION | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-373 (JJF) |
| | ) | |
| v. | ) | |
| | ) | |
| LOWE'S HOME CENTERS, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATION OF COUNSEL

I, Thomas J. Barton, counsel for Defendant Lowe's Home Centers, Inc., hereby certifies

that, pursuant to Local Civil Rule 7.1.1, I made a reasonable effort to resolve the instant

discovery dispute with the opposing attorneys on this motion. I further certify that those efforts

have proven unsuccessful and resulted in the instant motion.

Dated: April 11, 2006

Thomas J. Barton (admitted pro hac vice)
DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA   19103
(215) 988-2700

Attorney for Defendant,
Lowe's Home Centers, Inc.

NS