IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION )<br><br>Plaintiff, )<br><br>v. )<br><br>LOWE'S HOME CENTERS, INC. )<br><br>Defendant. ) | C.A. No. 05-373 (JJF) |

## ORDER

IT IS HEREBY ORDERED that Defendant Lowe's Home Centers, Inc. is granted an extension of time to depose Linda Whitmore, continuing over a two-day period, not exceed fourteen (14) hours.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Judge