IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-373 (JJF) |
| v. | ) ) ) | |
| LOWE'S HOME CENTERS, INC. | ) ) ) | |
| Defendant. | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2006, a copy of Defendant Lowe's Home Centers, Inc.'s Rule 37 Motion to Allow Enlargement of Time to take Deposition of Linda Whitmore in the above-captioned action was served via United States Mail and via CM/ECF electronic notice upon the following attorney of record for the Plaintiff:

> Stephanie F. Marino
> Trial Attorney
> U.S. EEOC, Philadelphia District Office
> 21 South 5th Street, Suite 400
> Philadelphia, PA 19106

Dated: April 12, 2006

/s/ David P. Primack
David P. Primack (DE 4449)
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801-1254
Phone: (302) 467-4224
Fax:   (302) 467-4201