IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO.: 05-0373 (JJF) ) |
| LOWE'S HOME CENTERS, INC. | ) ) |
| Defendant. | ) ) |
| _____ | ) |

## CERTIFICATE OF SERVICE

    I, Stephanie Marino, trial attorney for the U.S. Equal Employment Opportunity Commission, hereby certify that on **April 13, 2006**, I caused a true and correct copy of Plaintiff EEOC's Response in Opposition to Defendant Lowe's Home Centers, Inc's Rule 37 Motion to Enlarge Time to take Deposition of Linda Whitmore to be served upon the following via U.S. First Class Mail, postage prepaid, and/or ECF (electronic notice):

Thomas J. Barton, Esquire
David P. Primack, Esquire
Gregory W. Homer, Esquire
*Drinker, Biddle & Reath, LLP*
One Logan Square
18th and Cherry Streets
Philadelphia, PA  19103


Dated:  April 13, 2006                     /s/ *Stephanie Marino*
                                                          STEPHANIE MARINO
                                                          Trial Attorney

                                                          *U.S. EQUAL EMPLOYMENT*
                                                            *OPPORTUNITY COMMISSION*
                                                          Philadelphia District Office
                                                          21 South 5th Street, Suite 400
                                                         Philadelphia, PA  19106
                                                         Telephone:    (215) 440-2841
                                                         Facsimile:     (215) 440-2848
                                                         stephanie.marino@eeoc.gov