**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LOWE'S HOME CENTERS, INC. )<br>)<br>Defendant. )<br>_____ ) | CIVIL ACTION NO.: 05-0373 (JJF) |

## ORDER

It is hereby **ORDERED** and **DECREED** that Defendant Lowe's Home Centers, Inc.'s Motion to Enlarge Time to take the deposition of Linda Whitmore pursuant to Rule 37 is hereby **DENIED**.

    _____
    The Honorable Joseph J. Farnan, Jr.
    United States District Judge