IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-373 |
| LOWE'S HOME CENTERS, INC., | : |
| Defendant. | : |

### O R D E R

WHEREAS, the Court finds that Defendant has demonstrated a need for additional time beyond the seven (7) hours permitted by the Federal Rules of Civil Procedure to depose a key witness in this matter;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant is permitted to depose Linda Whitmore, for up to fourteen (14) hours over a two-day period.

_April 20 2006_
Date

_Joseph J. Farnan_
UNITED STATES DISTRICT JUDGE