IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 05-373-JJF |
| LOWES'S HOME CENTERS, INC., | : : | |
| Defendant. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL
## AND ENTRY OF APPEARANCE

Notice is hereby given to the substitution of Douglas E. McCann, Assistant U.S. Attorney, in place of Rudolph Contreras as the attorney for the Plaintiff in the above-captioned case.

        Respectfully submitted,

        COLM F. CONNOLLY
        United States Attorney

BY: _____/s/_____
        Douglas McCann
        Assistant United States Attorney
        Delaware Bar I.D. No. 3852
        The Nemours Building
        1007 Orange Street, Suite 700
        P.O. Box 2046
        Wilmington, DE 19899-2046
        (302) 573-6277

Dated:    April 26, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT<br>  OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>LOWES'S HOME CENTERS, INC.,<br><br>　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:　　Civil Action No. 05-373-JJF<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

　　I, Marie Steel, Legal Assistant in the Office of the United States Attorney for the District of Delaware, hereby certify that on the 26th day of April I caused copies of the foregoing Notice of Substitution of Counsel and Entry of Appearance to be served on the following counsel in the matter indicated as follows.:

　　　　　　　David Phillip Primack
　　　　　　　Drinker Biddle
　　　　　　　1100 North Market Street
　　　　　　　Suite 1000
　　　　　　　Wilmington, DE 19801-1254


　　　　　　　　　　　/s/
　　　　　　　Marie Steel
　　　　　　　Legal Assistant