IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br> v.<br><br>LOWE'S HOME CENTERS, INC.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.: 05-0373 (JJF)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, Stephanie Marino, Trial Attorney for the United States Equal Employment Opportunity Commission, hereby certify that on **May 1, 2006**, I deposited copies of the following document:

**SUPPLEMENTAL INITIAL DISCLOSURES OF PLAINTIFF, EEOC**

into the United States Mail, First Class, postage prepaid, causing said document to be delivered to counsel at the following address:

Thomas E. Barton, Esquire
David P. Primack, Esquire
Drinker, Biddle & Reath, LLP
One Logan Square
Philadelphia, PA 19103

            Respectfully submitted,

            JACQUELINE H. McNAIR
            Regional Attorney

            JUDITH A. O'BOYLE
            Acting Regional Attorney

         BY: /s/_Stephanie Marino_____
            STEPHANIE MARINO
            Trial Attorney, U.S. EEOC
            Philadelphia District Office
            21 South Fifth Street, Suite 400
            Philadelphia, PA 19106
            Telephone:  (215) 440-2841
            Facsimile:   (215) 440-2848
            Stephanie.marino@eeoc.gov