IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO.: 05-0373 (JJF) ) |
| LOWE'S HOME CENTERS, INC. | ) ) |
| Defendant. | ) ) |
| _____ | ) |

## NOTICE OF SERVICE

I, Stephanie Marino, Trial Attorney for the United States Equal Employment Opportunity Commission, hereby certify that on **April 25, 2006**, I deposited copies of the following document:

**PLAINTIFF EEOC'S SUPPLEMENTAL DISCLOSURES and DOCUMENTATION RESPONSIVE TO DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

into the United States Mail, First Class, postage prepaid, causing said document to be delivered to counsel at the following address:

Thomas E. Barton, Esquire
Drinker, Biddle & Reath, LLP
One Logan Square
Philadelphia, PA  19103

           Respectfully submitted,

           JACQUELINE H. McNAIR
           Regional Attorney

           JUDITH A. O'BOYLE
           Acting Regional Attorney

BY:   /s/ Stephanie Marino
       STEPHANIE MARINO
       Trial Attorney, U.S. EEOC
       Philadelphia District Office
       21 South Fifth Street, Suite 400
       Philadelphia, PA 19106
       T: (215) 440-2841/F: (215) 440-2848
       Stephanie.marino@eeoc.gov