## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>          Plaintiff,<br><br>      v.<br><br>LOWE'S HOME CENTERS, INC.<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.: 05-0373 (JJF)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, Stephanie Marino, Trial Attorney for the United States Equal Employment Opportunity Commission, hereby certify that on **May 26, 2006**, I deposited copies of the following document:

### PLAINTIFF EEOC'S NOTICE OF DEPOSITION

into the United States Mail, First Class, postage prepaid, and via facsimile causing said document to be delivered to counsel at the following address:

Thomas E. Barton, Esquire
Drinker, Biddle & Reath, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103

*Via Facsimile:*
David Primack, Esquire
Drinker, Biddle & Reath, LLP
1100 North Market Street
Suite 1000
Wilmington, DE  19801

                                      Respectfully submitted,

                                      JACQUELINE H. McNAIR
                                      Regional Attorney

                                      JUDITH A. O'BOYLE
                                      Acting Regional Attorney

                          BY:   /s/_Stephanie Marino_____
                                      STEPHANIE MARINO
                                      Trial Attorney, U.S. EEOC
                                      Philadelphia District Office
                                      21 South Fifth Street, Suite 400
                                      Philadelphia, PA 19106
                                      T: (215) 440-2841/F: (215) 440-2848