## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO.  05-cv-373 (JJF) ) |
| LOWE'S HOME CENTERS, INC., | ) ) |
| Defendant. | ) ) ) |

## NOTICE TO TAKE ORAL DEPOSITIONS

TO:   Thomas J. Barton, Esquire
*Drinker, Biddle & Reath, LLP*
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103
*Attorney for Defendant, Lowe's Home Centers, Inc.*

David P. Primack, Esquire
*Drinker, Biddle & Reath, LLP*
1100 North Market Street
Suite 1000
Wilmington, DE 19801
*Local Counsel ~ Attorney for Defendant, Lowe's Home Centers, Inc.*

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules of Civil

Procedure, Plaintiff, the United States Equal Employment Opportunity Commission, through its

counsel, will take the oral depositions of the following designated individuals.  The depositions will

be held at U.S. Department of Justice, The Nemours Building, 1007 Orange Street, Suite 700

Wilmington, DE 19899.   The oral examinations will be conducted on the dates and times specified

below, unless otherwise changed by mutual agreement, and will continue until completion.  The

depositions will be recorded by stenographic means.

The scope of the oral examinations will include an inquiry into the claims and defenses

raised by the pleadings filed in this matter, including Defendant's promotion practices and policies.

If these dates and times present a hardship, please advise counsel immediately so that other dates and times can be arranged within the permitted discovery period.  Witnesses are required to produce documents listed in attached Exhibit "A."

| NAMES | DATES | TIMES |
|---|---|---|
| 1.  Joseph Donovan*** | June 29, 2006 | 10:00 a.m. |
| 2. Jackie Lawrence | July 6, 2006 | 10:00 a.m. |
| 3. William Thompson | July 6, 2006 | 2:00 p.m. |
| 4. Eric Hinch | July 11, 2006 | 10:00 a.m. |
| 5. John Buzzurro | July 11, 2006 | 2:00 a.m. |
| 6. Dave Anderson | July 14, 2006 | 10:00 a.m. |
| 7. Christine West | July 14, 2006 | 2:00 p.m. |
| 8. Kenneth Boyell | July 20, 2006 | 10:00 a.m. |

*** As per the parties' agreement, Joseph Donovan will be deposed at the U.S. EEOC, Philadelphia District Office, The Bourse Building, 21 South 5th Street, Philadelphia, PA 19106.

Respectfully submitted,

JACQUELINE McNAIR
Regional Attorney

JUDITH A. O'BOYLE
Supervisory Trial Attorney

/s/ Stephanie Marino
STEPHANIE MARINO
Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
Philadelphia District Office
The Bourse, 21 S. 5th Street, Suite 400
Philadelphia, PA  19106-2515
T:  (215) 440-2600 / F: (215) 440-2848
Attorneys for Plaintiff, EEOC

# Exhibit  A

**Documents to produce by designated witnesses at deposition:**

1.    Produce a copy of any and all documents, videotapes and audiotapes in your possession or control that refer, relate, regard and/or concern in any way the claims asserted in the instant matter, Civil Action No.: 05-cv-373 (JJF).

2.    Produce any and all documents, videotapes and audiotapes in your possession or control that refer, relate, regard and/or concern in any way Linda Whitmore.

3.    Produce any and all documents, videotapes and audiotapes in your possession or control that refer, relate, regard and/or concern in any way the application process, interview process, evaluation process and/or selection process for the ASM Management Training Program and/or ASM promotion to which Ms. Whitmore applied in calendar years 2002 and 2003.

4.    Produce any and all documents, videotapes and audiotapes in your possession or control that refer, relate, regard and/or concern in any way to Ms. Whitmore's applications, interviews, evaluations and/or testing materials for the ASM Management Training Program and/or ASM promotion for calendar years 2002 and 2003, including interview notes, resumes, questionnaires, etc.

5.    Produce any and all documents, video tapes and audiotapes in your possession or control that refer, relate, regard and/or concern in any way the other applicants who applied for and/or were selected for the ASM Management Training Program and/or ASM promotion for calendar years 2002 and 2003, including interview notes, applications, resumes, questionnaires, etc.

6.    Produce any and all documents, video tapes and audiotapes in your possession or control that refer, relate, regard and/or concern Lowe's Home Centers, Inc.'s policies, procedures, and actions with regard to interviewing and promoting applicants and the candidate selection process.

## CERTIFICATE OF SERVICE

I, Stephanie Marino, Esquire, hereby certify that on this 26th day of May, 2006, I sent via U.S.

Mail, postage prepaid, and facsimile, a true and correct copy of the foregoing Notice to Take Oral

Depositions to the following Counsel:

**Thomas J. Barton, Esquire**
*Drinker, Biddle & Reath, LLP*
**One Logan Square**
**18th and Cherry Streets**
**Philadelphia, PA 19103**
*Attorney for Defendant, Lowe's Home Centers, Inc.*

*Via Facsimile, only:*
**David P. Primack, Esquire**
*Drinker, Biddle & Reath, LLP*
**1100 North Market Street**
**Suite 1000**
**Wilmington, DE 19801**
*Local Counsel ~ Attorney for Defendant, Lowe's Home Centers, Inc.*


_____          */s/ Stephanie Marino*_____
                                          STEPHANIE MARINO,
                                          Trial Attorney
                                          *U.S. Equal Employment Opportunity*
                                            *Commission*
                                          Philadelphia District Office
                                          The Bourse Building
                                          21 S. 5th Street, Suite 400
                                          Philadelphia, PA  19106
                                          Telephone:    (215) 440-2841
                                          Facsimile:    (215) 440-2848
                                          stephanie.marino@eeoc.gov