IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO.: 05-0373 (JJF) ) |
| LOWE'S HOME CENTERS, INC. | ) ) |
| Defendant. | ) ) |

## NOTICE OF SERVICE

I, Stephanie Marino, Trial Attorney for the United States Equal Employment Opportunity Commission, hereby certify that on **May 1, 2006**, I deposited copies of the following document:

**SUPPLEMENTAL INITIAL DISCLOSURES OF PLAINTIFF, EEOC**

into the United States Mail, First Class, postage prepaid, causing said document to be delivered to counsel at the following address:

Thomas E. Barton, Esquire
David P. Primack, Esquire
Drinker, Biddle & Reath, LLP
One Logan Square
Philadelphia, PA  19103

                                            Respectfully submitted,

                                            JACQUELINE H. McNAIR
                                            Regional Attorney

                                            JUDITH A. O'BOYLE
                                            Acting Regional Attorney

                                BY:    /s/_Stephanie Marino_____
                                            STEPHANIE MARINO
                                            Trial Attorney, U.S. EEOC
                                            Philadelphia District Office
                                            21 South Fifth Street, Suite 400
                                            Philadelphia, PA 19106
                                            Telephone:  (215) 440-2841
                                            Facsimile:   (215) 440-2848
                                            Stephanie.marino@eeoc.gov