IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Equal Employment Opportunity Commission, | : CIVIL ACTION |
| Plaintiff, | : 05-cv-373 |
| | : Jury Trial Demanded |
| v. | : |
| Lowe's Home Centers, Inc., | : Hon. Joseph J. Farnan, Jr. |
| Defendant. | : |

## STIPULATION OF COUNSEL

The parties by their undersigned counsel stipulate and agree to, and respectfully ask the Court to approve, the following:

1. The parties have diligently pursued written discovery and have begun to take depositions. Numerous depositions of witnesses have been noticed.

2. Many depositions in this matter have been noticed for July, 2006. Several of these depositions now need to be rescheduled due to prior commitments, litigation schedules, vacation schedules and unavailability of witnesses and counsel on mutually selected dates.

3. Currently, nine depositions remain to be completed, possibly more as information continues to develop. The remaining depositions were originally scheduled for July, 2006 but, as a result of the aforementioned conflicts, some will need to be rescheduled. Counsel is in agreement that an extension of the close of discovery, currently set for July 31, 2006, is necessary and appropriate.

4. Subject to the Court's approval, counsel agrees and proposes that the Court's Scheduling Orders of November 21, 2005 and Order of December 1, 2005, be amended as follows:

      a)      Fact Discovery to be completed by September 30, 2006;

      b)      All Case Dispositive Motions to be shall be served and filed with an opening brief on or before November 30, 2006 ; and

      c)      The case will be scheduled for a new Pretrial Conference date in February, 2007, with trial to commence within 120 days of the Pretrial Conference.

5.    No prior extension of any of the dates in the Scheduling Order has been sought by any party.

6.    The parties respectfully request that the Court amend its Orders of November 21, 2005 and December 1, 2005, and adopt the dates suggested herein.

**IT IS SO STIPULATED AND AGREED.**

BY: _/s/ Stephanie Marino_  6/29/06  
    Stephanie Marino  
    *Attorney for EEOC*

BY: _/s/_  6/29/06  
    Thomas J. Barton  
    David P. Primack (DE 4449)