IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Equal Employment Opportunity Commission, | : CIVIL ACTION |
| Plaintiff, | : 05-cv-373 |
| | : Jury Trial Demanded |
| v. | : |
| Lowe's Home Centers, Inc., | : Hon. Joseph J. Farnan, Jr. |
| Defendant. | : |

### ORDER

**IT IS HEREBY ORDERED** that this          day of          , 2006 that the Orders of this Court of November 21, 2005 and December 1, 2005, is **MODIFIED AND AMENDED** as follows:

a) The date in paragraph 4(d) of the Court's Order of November 21, 2005 for the completion of Fact Discovery is changed to be September 30, 2006;

b) The date in paragraph 7 of the Court's Order of November 21, 2005 for the filing and service of Case Dispositive Motions is changed to be November 30, 2006; and

c) The date in paragraph 1 of the Court's Order of December 1, 2005 for the scheduling of a Pretrial Conference will be rescheduled for February, 2007.

BY THE COURT:

_____
Joseph J. Farnan, Jr., U.S.D.J.