## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
)
Plaintiff, )
)
v. ) **CIVIL ACTION NO.: 05-0373 (JJF)**
)
LOWE'S HOME CENTERS, INC. )
)
Defendant. )
_____ )

### STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED by and between the undersigned counsel that, pursuant to

Federal Rule of Civil Procedure 41 (a)(1), all of Plaintiff's claims brought under U.S.C. §§2000e

et seq., alleging gender based harassment or hostile work environment, including without

limitation all claims related to and arising out of the allegations of paragraph 7(b) of the

Complaint, shall be dismissed forthwith with prejudice, without costs.

JACQUELINE H. McNAIR
Regional Attorney

JUDITH A. O'BOYLE
Supervisory Trial Attorney

STEPHANIE MARINO
Trial Attorney

*U.S. EQUAL EMPLOYMENT*
*OPPORTUNITY COMMISSION*
Philadelphia District Office
21 South 5th Street, Suite 400
Philadelphia, PA 19106

Attorney for Plaintiff, EEOC

DATED: 6/29/06

Respectfully submitted,

DAVID P. PRIMACK (DE 4449)
THOMAS J. BARTON

*DRINKER BIDDLE & REATH LLP*
1100 North Market Street
Suite 1000
Wilmington, DE 19801-1254

Attorneys for Defendant, Lowe's
Home Centers, Inc.

DATED: 7/5/06

**IT IS SO ORDERED:**

DATED: _____

_____
                                    U.S.D.J.