IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : Civil Action No. 05-373-JJF <br> : |
| LOWE'S HOME CENTERS, INC., | : <br> : |
| Defendant. | : |

### O R D E R

WHEREAS, per the Stipulation of Counsel (D.I. 37), the parties have agreed to an amendment of the Court's Scheduling Order of November 21, 2005 and Order of December 1, 2005;

NOW THEREFORE, IT IS HEREBY ORDERED that the Pretrial Conference be rescheduled to be held on **February 1, 2007** at **9:30 a.m.** in Courtroom 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

July 17, 2006
Date

*/s/ Joseph J. Farnan, Jr.*
UNITED STATES DISTRICT JUDGE