IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-373-JJF |
| LOWE'S HOME CENTERS, INC., | : | |
| Defendant. | : | |

<u>**O R D E R**</u>

WHEREAS, the parties have agreed to certain amendments of the Court's Orders dated November 21, 2005 and December 1, 2005 (D.I. 37);

WHEREAS, the Court has also set the date for the Pretrial Conference by separate Order (D.I. 39), which amends paragraph 1 of the Court's December 1, 2005 Order;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The date in paragraph 4(d) of the Court's Order of November 21, 2005 for the completion of Fact Discovery is changed to be September 30, 2006.

2. The date in paragraph 7 of the Court's Order of November 21, 2005 for the filing and service of Case Dispositive Motions is changed to be November 30, 2006.

July 18, 2006
Date

UNITED STATES DISTRICT JUDGE