IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. |
| v. | ) ) | |
| LOWE'S HOME CENTERS, INC., | ) ) ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

## ORDER

**AND NOW,** upon review of the Intervening Party's (Linda J. Whitmore) Motion for Intervention, it is hereby ORDERED on this _____ day of _____, 2006, that the Intervening Party is granted leave to file a Complaint in Intervention. Said Complaint must be filed by _____, 2006.

BY: _____
        JUDGE