IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) Civil Action No. 05-373 ) |
| v. | ) ) ) JURY TRIAL |
| LOWE'S HOME CENTERS, INC., | ) DEMANDED ) |
| Defendant. | ) ) |

### CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, Esquire, do hereby certify that on August 29, 2006, I electronically filed *Intervening Party's Motion For Intervention* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following attorney-of-record below:

Thomas J. Barton, Esquire
Drinker, Biddle & Reath
One Logan Square
Philadelphia, PA 19103
(215) 998-2834
Attorney for Defendant


MARGOLIS EDELSTEIN


/s/ Jeffrey K. Martin
_____
Jeffrey K. Martin, Esquire (#2407)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680 phone
(302) 777-4682 facsimile
jmartin@margolisedelstein.com
Attorneys for Plaintiff Linda J. Whitmore

Dated: August 29, 2006