IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO.: 05-0373 (JJF) |
| LOWE'S HOME CENTERS, INC. ) ) | |
| Defendant. ) ) | |

### STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED by and between the undersigned counsel that this matter be dismissed, without prejudice, pursuant to Fed.R.Civ.P. 41(a)(1). Each party shall bear its own attorney's fees and costs.

JACQUELINE H. McNAIR
Regional Attorney

JUDITH A. O'BOYLE
Supervisory Trial Attorney

STEPHANIE MARINO
Trial Attorney

*U.S. EQUAL EMPLOYMENT*
*OPPORTUNITY COMMISSION*
Philadelphia District Office
21 South 5th Street, Suite 400
Philadelphia, PA 19106

Attorney for Plaintiff, EEOC

DATED: 8/18/06

DATED: 10/3/06

Respectfully submitted,

DAVID P. PRIMACK (DE 4449)
THOMAS J. BARTON

*DRINKER BIDDLE & REATH LLP*
1100 North Market Street
Suite 1000
Wilmington, DE 19801-1254

Attorneys for Defendant, Lowe's Home Centers, Inc.

DATED: 8/18/06

IT IS SO ORDERED:

_____
U.S.D.J.