

ATTORNEYS AT LAW
www.margolisedelstein.com

**DELAWARE OFFICE:**
1509 GILPIN AVENUE
WILMINGTON, DE 19806
302-777-4680
FAX 302-777-4682

JEFFREY K. MARTIN, ESQUIRE
jmartin@margolisedelstein.com

October 23, 2006

PHILADELPHIA OFFICE:*
THE CURTIS CENTER, 4TH FLOOR
601 WALNUT STREET
INDEPENDENCE SQUARE WEST
PHILADELPHIA, PA 19106-3304
215-922-1100
FAX 215-922-1772

HARRISBURG OFFICE:*
3510 TRINDLE ROAD
CAMP HILL, PA 17011
717-975-8114
FAX 717-975-8124

PITTSBURGH OFFICE:
310 GRANT STREET
THE GRANT BUILDING, SUITE 1500
PITTSBURGH, PA 15219
412-281-4256
FAX 412-642-2380

SCRANTON OFFICE:
THE OPPENHEIM BUILDING
409 LACKAWANNA AVENUE
SUITE 3C
SCRANTON, PA 18503
570-342-4231
FAX 570-342-4841

SOUTH NEW JERSEY OFFICE:*
SENTRY OFFICE PLAZA
216 HADDON AVENUE, 2ND FLOOR
P.O. BOX 92222
WESTMONT, NJ 08108
856-858-7200
FAX 856-858-1017

NORTH NEW JERSEY OFFICE:
CONNELL CORPORATE CENTER
THREE CONNELL DRIVE
SUITE 6200
BERKELEY HEIGHTS, NJ 07922
908-790-1401
FAX 908-790-1486

The Honorable Joseph J. Farnan, Jr.
United States District Court
 for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE  19801

     RE:    EEOC v. Lowe's Home Centers, Inc.
              Civil Action No. 05-373 (JJF)

Dear Judge Farnan:

     As you know, on August 29, 2006, Linda Whitmore filed a Motion to Intervene in the above referenced action, which originally had been brought on her behalf by the Equal Employment Opportunity Commission ("EEOC"). On September 28, 2006, the EEOC and Lowe's Home Centers, Inc. ("Lowe's") filed a Stipulation of Voluntary Dismissal of the EEOC's action, without prejudice, pursuant to Fed.R.Civ.P. 41 (a)(1). Subsequently, Lowe's has reached an agreement on the terms of a settlement with Ms. Whitmore. However, in order to effectuate that settlement, it is necessary that Ms. Whitmore's Motion to Intervene be granted and that the Court approve and enter the Stipulation of Voluntary Dismissal.

     Accordingly, by this letter, counsel for Ms. Whitmore and Lowe's jointly request that the Court (i) grant Ms. Whitmore's Motion to Intervene and (ii) enter the Stipulation of Dismissal. Once these events have taken place, Ms. Whitmore and Lowe's will be in a position to stipulate to a dismissal of her complaint in intervention, with prejudice.

* MEMBER OF THE HARMONIE GROUP

The Honorable Joseph J. Farnan, Jr.
October 23, 2006
Page 2

Thank you for your consideration in this matter.

Respectfully submitted,

__/s/ Jeffrey K. Martin__
Jeffrey K. Martin (DE 2407)
MARGOLIS EDELSTEIN
1509 Gilpin Avenue
Wilmington, DE 19806

Attorneys for Intervenor
Linda Whitmore

__/s/ David Primack__
David Primack (DE 4449)
Thomas J. Barton
DRINKER BIDDLE & REATH LLP
1100 North Market Street
Suite 1100
Wilmington, DE 19801-1254

Attorneys for Defendant
Lowe's Home Centers, Inc.

cc: Stephanie Marino, Esquire