IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | ) Civil Action No. 05-373 JJF<br>) |
| v. | )<br>) JURY TRIAL |
| LOWE'S HOME CENTERS, INC., | ) DEMANDED<br>) |
| Defendant. | ) |

## ORDER

AND NOW, upon review of the Intervening Party's (Linda J. Whitmore) Motion for Intervention, it is hereby ORDERED on this _2_ day of _November_, 2006, that the Intervening Party is granted leave to file a Complaint in Intervention. Said Complaint must be filed by _November 22_, 2006.

BY: _____
           JUDGE